UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-02691 |
| | § | |
| $37,944.00 IN U.S. CURRENCY | § | |
| AND JAPANESE YEN | § | |
| Defendant in rem. | § | |
| | § | |

## CERTIFICATION OF NOTIFICATION TO
## KEIJI INOMATA

1.  I, Albert Ratliff, Assistant United States Attorney, declare under penalty

of perjury that the following is true and correct.

2.  On July 26, 2011 the Rule G Notice of Forfeiture (Exhibit A)[1],

Complaint for Forfeiture in Rem, and Court Procedures were sent via email and

Federal Express to Keiji Inomata, at his address in Saitama City, Japan.

3.  The delivery confirmation is listed below:

---

[1]All attached exhibits are incorporated into this document.



**Detailed Results**

Tracking no.: 795012980954                          Select time format: **12H**

---

## Delivered

Delivered
Signed for by: .INOMATA

**Shipment Dates**                                  **Destination**

Ship date   Jul 26, 2011                            SAITAMA CITY JP
Delivery date   Jul 30, 2011 9:47 AM                Proof of Delivery

**Shipment Facts**

| Service type | Intl Economy Envelope | Delivered to | Residence |
| Weight | 1.0 lbs/.5 kg | Reference | Asset Forfeiture |

**Shipment Travel History**

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 30, 2011 9:47 AM | Delivered | SAITAMA CITY JP | |
| Jul 29, 2011 7:31 PM | In transit | KAWAGUCHI-SHI JP | Tendered to authorized agent for final delivery |
| Jul 29, 2011 2:00 PM | Delivery exception | KAWAGUCHI-SHI JP | Customer not available or business closed |
| Jul 29, 2011 12:49 PM | On FedEx vehicle for delivery | KAWAGUCHI-SHI JP | |
| Jul 29, 2011 12:18 PM | At local FedEx facility | KAWAGUCHI-SHI JP | |
| Jul 29, 2011 9:26 AM | In transit | TOKYO-KOTO-KU JP | |
| Jul 29, 2011 8:51 AM | In transit | TOKYO-KOTO-KU JP | Package available for clearance |
| Jul 29, 2011 8:51 AM | International shipment release | TOKYO-KOTO-KU JP | |
| Jul 29, 2011 7:23 AM | In transit | NARITA-SHI JP | |
| Jul 29, 2011 7:23 AM | At destination sort facility | NARITA-SHI JP | |
| Jul 28, 2011 12:07 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 27, 2011 3:30 PM | In transit | MEMPHIS, TN | |
| Jul 27, 2011 7:47 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 26, 2011 10:45 PM | At local FedEx facility | HOUSTON, TX | |
| Jul 26, 2011 9:16 PM | Left FedEx origin facility | HOUSTON, TX | |
| Jul 26, 2011 6:31 PM | Picked up | HOUSTON, TX | |
| Jul 26, 2011 1:58 PM | Shipment information sent to FedEx | | |

Dated: August 23, 2011.

Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300
Albert.Ratliff@usdoj.gov