United States Courts
Southern District of Texas
FILED

NOV 03 2011

David J. Bradley, Clerk of Court



**Appearance by Telephone**
james hurst  to: jennifer_williams                                           11/03/2011 03:56 PM
History:           This message has been replied to.

Jennifer,

For my conference tomorrow scheduled for 2:00 pm, I would like to appear by telephone. My direct dial number is 713 600 5190. Please let me know if there are any problems associated with this request. The case number is 4:11-cv-2691, United States v. $37,944.00 IN U.S. CURRENCY AND JAPANESE YEN.

Best regards,

James Hurst

James Garland Hurst
Givens & Johnston, PLLC
950 Echo Lane, Suite 360
Houston, Texas 77024
Tel: 713 932 1540 or 800 285 8042
Fax: 713 932 1542
Cell: 713 253 1679
jhurst@givensjohnston.com
www.givensjohnston.com